McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $8,300.00 IN U.S. CURRENCY,<br><br>          Defendant. | CASE NO. 1:20-MC-00104-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

     It is hereby stipulated by and between the United States of America and potential claimant Cindy Sysomsack ("claimant"), appearing *in propria persona*, as follows:

     1.     On or about August 4, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to Approximately $8,300.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 28, 2020.

     2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

     3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was November 2, 2020.

    4.    By Stipulation and Order filed October 29, 2020, the parties stipulated to extend to January 31, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 1, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    6.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 1, 2021.

Dated:  January 27, 2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  January 27, 2021

By: /s/ Cindy Sysomsack
CINDY SYSOMSACK
Potential Claimant
Appearing *in propria persona*
(Signature authorized by phone)

**ORDER**

IT IS SO ORDERED.

Dated:  **January 28, 2021**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2